■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIYION PICKERING, Appellant. [979 NYS2d 521]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*People v Lingle*, 16 NY3d 621 [2011]), and we perceive no basis for reducing that term. Concur—Gonzalez, P.J., Friedman, Renwick, Freedman and Richter, JJ.